IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 25 2021
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          1:21CR376 1
                                  :
ELIJAH DASHAWN LEACH              :

The Grand Jury charges:

COUNT ONE

On or about May 10, 2021, in the County of Rowan, ELIJAH DASHAWN LEACH, with intent to defraud, did pass and utter to Rushco Food Store #18, 1190 Long Ferry Road, Salisbury, North Carolina, a falsely made, forged, counterfeited, and altered obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1990, Serial No. B31590584E, which he then knew to be falsely made, forged, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

COUNT TWO

On or about August 26, 2021, in the County of Rowan, ELIJAH DASHAWN LEACH, with intent to defraud, did pass and utter to Rushco Food Store #18, 1190 Long Ferry Road, Salisbury, North Carolina, a falsely made, forged, counterfeited, and altered obligation of the United States, that is, a

Federal Reserve Note in the denomination of one hundred dollars, Series of 1990, Serial No. D8861433A, which he then knew to be falsely made, forged, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

## COUNT THREE

On or about September 1, 2021, in the County of Rowan, ELIJAH DASHAWN LEACH, with intent to defraud, did pass and utter to Jersey Mike's, 914 E. Innes Street, Salisbury, North Carolina, a falsely made, forged, counterfeited, and altered obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1990, Serial No. D8861433A, which he then knew to be falsely made, forged, counterfeited, and altered; in violation of Title 18, United States Code, Section 472.

DATED: October 25, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

FOREPERSON